IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

A. ROCIO BRIMHALL-MANGANO,

    Plaintiff,

vs.                              Civ. No. 97-598 MV/WWD

DR. OLEN PAUL MATTHEWS, et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter came before the Court for a telephonic Rule 16 conference on January 28, 1998. Since the filing of the complaint in this cause, Plaintiff has been terminated from her employment at the University of New Mexico. Plaintiff is now considering amending her complaint to include acts in connection with this termination. Certain grievance procedures and practice before the Equal Employment Opportunity Commission need to be pursued before amendment of the present complaint is sought. To allow for this, I will suspend the original deadlines set in this cause and will reconsider what deadlines need to be set at a Rule 16 conference to be held at 1:30 p.m. on April 1, 1998 by telephone. Timothy L. White, Esq., counsel for Defendants, will make arrangements for the aforementioned conference call.

    **IT IS SO ORDERED.**

                                                        _____
                                                         **UNITED STATES MAGISTRATE JUDGE**