IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

A. ROCIO BRIMHALL-MANGANO,

       Plaintiff,

vs.                                                  Civ. No. 97-598 MV/WWD

DR. OLEN PAUL MATTHEWS, et al.,

       Defendants.

MEMORANDUM OPINION AND ORDER

This matter came before the Court for a telephonic Rule 16 conference on April 1, 1998.

Plaintiff presently has grievance procedures pending at the University of New Mexico and a

hearing is set on this matter in mid-May. A request has been made for a "right to sue" letter from

the Equal Employment Opportunity Commission; however, Plaintiff has not yet obtained this. In

a previous order, I suspended the original deadlines in this cause. I will reconsider what deadlines

need to be set at a Rule 16 conference to be held at 8:30 a.m. on June 1, 1998, by telephone.

Timothy L. White, Esq., counsel for Defendants, will make arrangements for the aforementioned

conference call. The settlement conference set for May 5, 1998, is VACATED.

**IT IS SO ORDERED**.

_____

UNITED STATES MAGISTRATE JUDGE